```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 07328
   MARLENE DELISIO
   DENNIS M DELISIO                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-6474    SSN XXX-XX-1193

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/27/08 .

     2.  The case was dismissed without confirmation, 12/12/2008.

     3.  The Debtor paid a total of $   3290.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00         .00         .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   NOT FILED         .00         .00
HSBC                     UNSECURED       NOT FILED         .00         .00
FIRST UNITED BANK        UNSECURED       NOT FILED         .00         .00
ILLINOIS MASONIC MEDICAL UNSECURED       NOT FILED         .00         .00
MP BASE SIGNATURE FK     UNSECURED       NOT FILED         .00         .00
NICOR GAS                UNSECURED       NOT FILED         .00         .00
PROGRESSIVE INSURANCE    UNSECURED       NOT FILED         .00         .00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED    OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00        .00        .00        .00
PRINCIPAL PAID          .00        .00        .00        .00        .00
INTEREST PAID           .00        .00        .00        .00        .00
TOTAL PAID              .00        .00        .00        .00        .00
The Debtor's attorney, ROBERT A HABIB           , was allowed $   1226.00
and was paid $   626.00   direct and $   600.00  through the plan.

The Trustee received $     33.58 .

Refunds to the Debtor totaled $   2656.42 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/12/09                /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 07328 MARLENE DELISIO & DENNIS M DELISIO